JONES *et al.,* Respondents, *v.* METROPOLITAN EL. RY. CO., *et al.,* Appellants.

*(Superior Court of New York City, General Term.   May 2, 1892.)*

Appeal from judgment on report of referee.

Action by Mary L. Jones and another against the Metropolitan Elevated Railway Company and another.

Argued before SEDGWICK, C. J., and FREEDMAN and MCADAM, JJ.

*Davies & Rapallo,* for appellants.   *Sackett & Bennett,* for respondents.

PER CURIAM.   The judgment should be modified by requiring the plaintiffs, at the time of the delivery of their deed, as in said judgment provided, to also deliver to the defendants a release of the property duly executed by the mortgagee of the premises mentioned in the thirty-ninth finding of fact, and as thus modified it should be affirmed, without costs to either party on this appeal.

---

MAGER, Respondent, *v.* METROPOLITAN EL. RY. CO. *et al.,* Appellants.

*(Superior Court of New York City, General Term.   May 2, 1892.)*

Appeal from judgment on report of referee.

Action by Peter Mager against the Metropolitan Elevated Railway Company and another.

Argued before SEDGWICK, C. J., and FREEDMAN and MCADAM, JJ.

*Davies & Rapallo,* for appellants.   *Sackett & Bennett,* for respondent.

PER CURIAM.   The referee has not found, and the appellants in the points submitted by them have not shown that, as matter of fact, there is any mortgage or lien upon the property in suit.   The judgment is right upon the merits, and the exceptions of the appellants are wholly untenable.   The judgment should be affirmed, with costs.

---

OBERFELDER, Respondent, *v.* METROPOLITAN EL. RY. CO. *et al.,* Appellants.

*(Superior Court of New York City, General Term.   May 2, 1892.)*

Appeal from special term.

Action by Tobias Oberfelder against the Metropolitan Elevated Railway Company and another.

Argued before FREEDMAN and MCADAM, JJ.

*Davies & Rapallo,* for appellants.   *E. B. & C. P. Cowles,* for respondent.

PER CURIAM.   The judgment should be affirmed, with costs.